*E-Filed 9/8/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON ALFORD,<br><br>        Defendant.<br>_____/ | Case No. C05-00009 HRL<br><br>**ORDER CONTINUING ORDER TO SHOW CAUSE RE: SETTLEMENT** |

On September 7, 2005, plaintiff's counsel, Brandon Q. Tran, filed a declaration in response to the court's August 19, 2005 Order to Show Cause. Mr. Tran represented that, on June 8, 2005, his office sent to counsel for defendant a copy of the agreed upon Settlement Agreement and Release ("Agreement") for defendant's signature. Mr. Tran explained that counsel for defendant informed him that defendant has not yet signed the Agreement, and is currently out of the country until mid-September. Mr. Tran further stated that he expects the Agreement to be finalized within 45 days. Accordingly, the court will continue the September 13, 2005 hearing on the Order to Show Cause to give the parties a further opportunity to finalize the Agreement.

Therefore, **on or before November 8, 2005**, the parties shall file a dismissal pursuant to Fed. R. Civ. P. 41(a). If a dismissal is not filed by the specified date, the parties shall appear in Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA 95113 on **November 22, 2005 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). The parties shall file a joint statement in response to this Order to

Show Cause **no later than November 15, 2005**. The statement shall state (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this order.

Plaintiff's request to appear telephonically at the September 13, 2005 Order to Show Cause hearing is denied as moot.

**IT IS SO ORDERED.**

Dated: 9/8/05                                                                 /s/ Howard R. Lloyd
                                                                 HOWARD R. LLOYD
                                                                 UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Suzanne M. Burke   sburke@buchalter.com, blee@buchalter.com; kosaki@buchalter.com; pkamath@buchalter.com; btran@buchalter.com; jmealey@buchalter.com

Kimberly Rene Colombo   kkatz@buchalter.com, sburke@buchalter.com; pkamath@buchalter.com; btran@buchalter.com; blee@buchalter.com; jmealey@buchalter.com

Alan J. Kessel   Akessel@buchalter.com, sburke@buchalter.com; kosaki@buchalter.com; wjordan@buchalter.com; avankirk@buchalter.com; sshah@buchalter.com

Shawn Robert Parr   parrst@ix.netcom.com, lisa@parrlawgroup.com

Brandon Quoc Tran   btran@buchalter.com, sburke@buchalter.com; blee@buchalter.com; pkamath@buchalter.com; jmealey@buchalter.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 9/8/05

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd