Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

Attorneys for Plaintiff DIRECTV, INC.

Shawn R. Parr (Cal. Bar No.: 206616)
**PARR LAW GROUP**
150 Almaden Boulevard, Suite 1380
San Jose, California 95113
Telephone: (408) 267-4500
Facsimile: (408) 267-4535
E-Mail: shawn@parrlawoffices.com

Attorneys for Defendant JASON ALFORD

*E-filed 11/16/05*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ALFORD,<br><br>Defendant. | CASE NO. CV-05-0009 HRL<br><br>Hon. Howard R. Lloyd<br><br>**JOINT STATEMENT BY PARTIES IN RESPONSE TO ORDER TO SHOW CAUSE AND STIPULATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE RE: SETTLEMENT; [PROPOSED] ORDER THEREON**<br><br><u>Order to Show Cause Hearing</u><br>Date: November 22, 2005<br>Time: 10:00 a.m.<br>Dept: Courtroom 2 |

Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Jason Alford ("Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

///

1   WHEREAS, on June 8, 2005, DIRECTV filed a Notice of Settlement notified this Court
2   that the Parties had settled their respective claims and were in the process of finalizing the written
3   memorialization of the settlement agreement; and

4   WHEREAS, on June 8, 2005, DIRECTV sent to Parr Law Group, Defendant's counsel of
5   record, a copy of the proposed Settlement Agreement and Release ("Agreement"); and

6   WHEREAS, on August 19, 2005, this Court issued an Order to Show Cause Re:
7   Settlement ("August Order") requiring the Parties to file a dismissal by September 1, 2005 and
8   setting a hearing on the Order to Show Cause for September 13, 2005; and

9   WHEREAS, following the issuance of the August Order, counsel for the Parties had been
10  in regular communication concerning the terms of the Agreement and the status of Defendant's
11  execution of the Agreement; however, Defendant was unavailable during that time in that he was
12  in Mexico for business; and

13  WHEREAS, as a result of Defendant's unavailability to execute the Agreement, the
14  Parties were unable to finalize the Agreement and dismiss this action prior to the
15  September 1, 2005 deadline imposed by the August Order; and

16  WHEREAS, on September 7, 2005, DIRECTV filed the Declaration of Brandon Q. Tran
17  in Response to Order to Show Cause Re: Settlement ("Declaration") explaining the Parties'
18  attempts to finalize the Agreement and notify the Court of Defendant's unavailability to execute
19  the Agreement due to his business travel; and

20  WHEREAS, on September 8, 2005, the Court issued an order continuing the Order to
21  Show Cause Re: Settlement hearing to November 22, 2005, with the requirement that the Parties
22  file a dismissal by November 8, 2005 ("September Order"); and

23  WHEREAS, since the issuance of the September Order, counsel for DIRECTV has
24  diligently contacted opposing counsel on a weekly basis regarding the status of execution of the
25  Agreement and Defendant's counsel has attempted on numerous occasions to contact Defendant
26  to discuss the terms of the settlement and his availability to execute the Agreement; and

27  WHEREAS, Defendant's counsel was unable to make contact with Defendant prior to the
28  November 8, 2005 deadline to finalize the Agreement; and

1     WHEREAS, on November 10, 2005, Defendant's counsel finally received an executed
2 copy of the Agreement from Defendant but did not receive the settlement payment; and

3     WHEREAS, Defendant represented to his counsel that he was still in Mexico and failed to
4 return his counsel's numerous telephone calls, e-mails, and letters due to his mistaken belief that
5 the Agreement had already been finalized; and

6     WHEREAS, on November 10, 2005, Defendant's counsel sent to DIRECTV a copy of the
7 executed Agreement; but does not expect to receive the initial settlement payment from
8 Defendant until November 15, 2005. Upon receipt of the payment, Defendant's counsel has
9 agreed to immediately forward the payment to DIRECTV; and

10     WHEREAS, under the terms of the Agreement, the settlement is not consummated, and
11 Defendant is not entitled to be dismissed from this action, until after the settlement payment is
12 made and clears; and

13     WHEREAS, the Parties therefore expect to be in a position to stipulate to the Dismissal of
14 this action on or before November 18, 2005 and accordingly request a brief continuance of the
15 Order to Show Cause hearing.

16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1       NOW THEREFORE, in consideration of the of the foregoing facts, the Parties agree and
2 stipulate as follows:
3       1.    That the Court may continue the Order to Show Cause Hearing Re: Settlement for
4 thirty (30) days to Wednesday, December 14, 2005 at 10:00 a.m. for the Parties to show cause, if
5 any, why this matter should not be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil
6 Procedure.

7 DATED: November 15, 2005     Respectfully Submitted,

8                                        BUCHALTER NEMER
                                       A Professional Corporation

11                                      By: _____
                                       Brandon Q. Tran
                                     Attorneys for Plaintiff DIRECTV, INC.

13 DATED: November ____, 2005     PARR LAW GROUP

15                                      By: _____
                                       Shawn R. Parr
                                     Attorneys for Defendant JASON ALFORD

## ORDER

19       Having read the foregoing Stipulation, and good cause appearing therefor, the Court
20 HEREBY ORDERS as follows:
21       1.    The Order to Show Cause Re: Settlement hearing calendared for
22 November 22, 2005 at 10:00 a.m. before this Court is vacated;
23       2.    The Parties shall file a dismissal pursuant to Rule 41(a) of the Federal Rules of
24 Civil Procedure on or before November 29, 2005;
25       3.    If a dismissal is not filed by the specified date, the Parties shall appear in
26 Courtroom 2, 5th Floor of the United States District Court, 280 South First Street, San Jose, CA
27 95113 on Tues., Dec. 13, 2005 at 10:00 a.m. and show cause, if any, why the case should not
28 be dismissed pursuant to Rule 41(a) of the Federal Rules of Civil Procedure;

BNFY 713855v1                                -4-                              (CV-05-0009 HRL)
JOINT STATEMENT BY PARTIES IN RESPONSE TO OSC AND STIPULATION TO CONTINUE
HEARING ON OSC RE: SETTLEMENT; [PROPOSED] ORDER THEREON

4. The Parties shall file a joint statement in response to this Order no later than <u>December 6, 2005</u>. The joint statement shall state: 1) the status of the activities of the Parties in finalizing the settlement; and 2) how much additional time, if any, is requested to finalize the settlement and file the dismissal; and

5. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the Parties need not file a joint statement in response to this Order.

Dated: 11/16/05

/s/ Howard R. Lloyd
Judge Howard R. Lloyd
United States District Court
Northern District of California