Alan J. Kessel (Cal. Bar No.: 130707)
Suzanne M. Burke (Cal. Bar No.: 188597)
Brandon Q. Tran (Cal. Bar No.: 223435)
**BUCHALTER NEMER**
A Professional Corporation
18400 Von Karman Avenue, Suite 800
Irvine, California 92612-0514
Telephone: (949) 760-1121
Facsimile: (949) 720-0182
E-Mail: btran@buchalter.com

*E-filed 12/1/05*

Attorneys for Plaintiff DIRECTV, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DIRECTV, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JASON ALFORD,<br><br>Defendant. | Case No. CV-05-0009 HRL<br><br>Hon. Howard R. Lloyd<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT JASON ALFORD AND REQUEST TO RETAIN JURISDICTION; [PROPOSED] ORDER THEREON** |

IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc. ("DIRECTV") and Defendant Jason Alford ("Defendant"), through their respective counsel of record, that the above-captioned action be and hereby is dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), as to Defendant only. Each of said parties to bear its/his own costs and attorneys' fees.

The terms of the Confidential Settlement Agreement dated June 7, 2005 ("Agreement") entered into between Defendant and DIRECTV require the performance of certain obligations by Defendant that will not be completed until December 2008. If Defendant does not timely or fully perform these obligations when due, DIRECTV is authorized to seek enforcement of those obligations in this Court. The parties therefore have consented, and hereby further stipulate and consent to, the retention of jurisdiction over them by this Court and to reference to a Magistrate Judge in this District for the purpose of enforcing those obligations of the Agreement,

as defined therein. The parties therefore respectfully request that the Court retain such jurisdiction.

DATED: November 28, 2005     Respectfully Submitted,

BUCHALTER NEMER
A Professional Corporation

By:    /s/ Brandon Q. Tran
         Brandon Q. Tran
Attorneys for Plaintiff DIRECTV, Inc.

DATED: November 28, 2005     PARR LAW GROUP

By:    /s/ Shawn R. Parr
         Shawn R. Parr
Attorneys for Defendant JASON ALFORD

## **ORDER**

HAVING READ AND CONSIDERED the forgoing Stipulation for Voluntary Dismissal of Defendant Jason Alford and Request to Retain Jurisdiction, and such other pleadings, documents and records deemed appropriate by the Court, and good cause appearing therefor, IT IS HEREBY ORDERED:

       (1)     Defendant Jason Alford is hereby dismissed from this action without prejudice;

       (2)     Each of said parties to bear its/his own costs and attorneys' fees; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

(3) The Court shall retain jurisdiction over Plaintiff DIRECTV, Inc. and Defendant Jason Alford to enforce the terms described above of the Settlement Agreement between those parties dated June 7, 2005 and hereby refers any further proceedings in this action to enforce such terms of the Settlement Agreement to a Magistrate Judge of this District, until December 31, 2008.

Dated: 12/1/05

/s/ Howard R. Lloyd
Honorable Howard R. Lloyd
United States District Court
Northern District of California

This document was created with Win2PDF available at http://www.daneprairie.com.
The unregistered version of Win2PDF is for evaluation or non-commercial use only.